**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CORNELIUS JOHNSON,** | : |
| Petitioner, | : |
| vs. | :   CA 06-0623-CG-C |
| **ALBERTO GONZALES, et al.,** | : |
| Respondents. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED WITHOUT PREJUDICE** as prematurely filed .

**DONE and ORDERED** this 23rd day of May, 2007.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**